UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEREDITH BONIN, individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>AMICA MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 17-cv-10434-ADB |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiff hereby moves the Court for an order substantially in the form of **Exhibit 1** finally approving the settlement of this class action as reflected in the Stipulation of Settlement – a true and correct copy of which has been previously filed and preliminarily approved by the Court.

    In support of this Motion, Plaintiff relies upon the Memorandum in Support of Motion for Final Approval of Class Action Settlement and an Award of Incentive Payments, Attorneys' Fees and Costs, filed contemporaneously herewith.

    Defendant's counsel has informed Plaintiff's counsel that Defendant intends to join this Motion.

Dated: August 24, 2018

| | |
|---|---|
| Plaintiff,<br>MEREDITH BONIN,<br>By her attorneys | Defendant,<br>AMICA MUTUAL INSURANCE COMPANY,<br>By its attorneys, |
| */s/ Jeffrey S. Morneau* | */s/ Christopher M. Reilly* |
| _____ | _____ |
| Jeffrey S. Morneau, BBO#643668<br>Connor, Morneau & Olin, LLP<br>273 State Street, 2nd Floor<br>Springfield, MA 01103<br>Telephone: (413) 455-1730<br>jmorneau@cmolawyers.com | Anthony Antonellis, BBO#557964<br>Laura Meyer Gregory, BBO# 563689<br>Christopher M. Reilly, BBO# 674041<br>SLOANE and WALSH, LLP<br>3 Center Plaza, 8th Floor<br>Boston, MA 02108<br>Telephone: (617) 523-6010<br>Facsimile: (617) 227-0927<br>aantonellis@sloanewalsh.com<br>lgregory@sloanewalsh.com<br>creilly@sloanewalsh.com |

*/s/ Elliot Beresen*

_____
Elliot Beresen, BBO#038440
Manelis & Berensen
929 Worcester Rd.
Framingham, MA 01701
eberesen@gmail.com
Telephone: (508) 875-3833

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Plaintiff hereby certifies that he communicated with counsel for Defendant by telephone and e-mail on numerous occasions and attempted in good faith to resolve or narrow the issues raised by this Motion. Defendant's counsel has indicated that Defendant intends to join this Motion.

**/s/ Jeffrey S. Morneau**_____
Jeffrey S. Morneau

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

                                        **/s/ Jeffrey S. Morneau**
                                        Jeffrey S. Morneau